UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **EDCV 15-1163-MWF(KKx)**                             Dated: **August 3, 2015**

Title:       Jesus Gonzalez Quiroga -v- Bank of America, N.A., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

           Rita Sanchez                           Myra Ponce
           Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

           Jesse J. Thaler                        Seth P. Cox


**PROCEEDINGS:**     **MOTION TO DISMISS CASE [12]; MOTION TO REMAND CASE [14]**

    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

                                                          Initials of Deputy Clerk   rs
                                   -1-                                :03 min